| United States Bankruptcy Court<br>**Middle District of Tennessee** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Music City Optical Media, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**62-1280878** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1045 Firestone Pkwy<br>La Vergne, TN**<br>ZIP Code **37086** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Davidson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**c/o J. Steven Moll<br>1100 Crater Hill Dr<br>Nashville, TN**<br>ZIP Code **37215** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

---

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

---

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Music City Optical Media, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)        (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Music City Optical Media, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** __/s/ ROBIN BICKET WHITE_____
Signature of Attorney for Debtor(s)

**ROBIN BICKET WHITE 019740**
Printed Name of Attorney for Debtor(s)

**MGLAW, PLLC**
Firm Name

**2525 WEST END AVENUE**
**SUITE 1475**
**NASHVILLE, TN 37203**

Address

**615.846.8000  Fax: 615.846.9000**
Telephone Number

**December 18, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** __/s/ J. Steven Moll_____
Signature of Authorized Individual

**J. Steven Moll**
Printed Name of Authorized Individual

**President/CEO**
Title of Authorized Individual

**December 18, 2008**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Middle District of Tennessee

In re    **Music City Optical Media, Inc.**           ,     Case No. _____

                                       Debtor

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 2,355,253.30 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 2,400,000.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 36,638.37 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 24 | | 9,680,190.74 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 33 | | | |
| Total Assets | | | 2,355,253.30 | | |
| Total Liabilities | | | | 12,116,829.11 | |

.

In re    **Music City Optical Media, Inc.**                                        ,         Case No. _____

                                      Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |
| | (Report also on Summary of Schedules) | |

__0__  continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                   Best Case Bankruptcy

.

In re  **Music City Optical Media, Inc.**  ,    Case No. _____
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America Lock Box** | - | **Unknown** |
| | | **MGLAW Escrow Account** | - | **11,054.51** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **11,054.51**
(Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re **Music City Optical Media, Inc.** _____ , Case No. _____
                                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable See Attached Exhibit B16** | **-** | **2,344,198.79** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                                      Sub-Total >      **2,344,198.79**
                                                                   (Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

In re   **Music City Optical Media, Inc.**                ,    Case No. _____

                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 2,355,253.30 |

Sheet  **2**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

**Music City Optical Media, Inc.**
Aged Receivables

All Customers All Currencies, As of 10/31/2008, Aged By Invoice Date, 1100-001
Displayed in Native, Current Exchange Rate
Entity:              MCOM

| InvoiceID | Date | Current - 30 | Over 30 | Over 60 | Over 90 | Over 120 | Total |
|---|---|---|---|---|---|---|---|
| ADF50 | FARRAR DESIGN | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 1,513.73 | 0.00 | 1,513.73 |
| AGA52 | AGAJANIAN/DENNIS | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 0.00 | 1,789.38 | 1,789.38 |
| ALP52 | ALPINE RECORDS | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 0.00 | 240.00 | 240.00 |
| AMG50 | NU SPRING | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 808.50 | 24.00 | 5,342.46 | 6,174.96 |
| AOP50 | ALEXOM PRODUCTIONS, LLC | | | | | | |
| Customer Totals | | 0.00 | -330.00 | 0.00 | -330.00 | 0.00 | -660.00 |
| APO50 | A'POSTROPHE RECORDS | | | | | | |
| Customer Totals | | 0.00 | -2,847.20 | 0.00 | 0.00 | 0.00 | -2,847.20 |
| ARR50 | ARROYO  DISTRIBUTION | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 1,971.00 | 0.00 | 139.20 | 2,110.20 |
| ASA52 | ASAPH - THE WORD FOR TODAY | | | | | | |
| Customer Totals | | 0.00 | 12.96 | 5,134.06 | 0.00 | 0.00 | 5,147.02 |
| AST50 | ASTONISH ENTERTAINMENT | | | | | | |
| Customer Totals | | 0.00 | 39.19 | 290.03 | 2,295.46 | 5,157.68 | 7,782.36 |
| AUM50 | AUMOO MUSIC | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 12.00 | 6,188.50 | 6,200.50 |
| AUR50 | AUTUMN RECORDS | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 4,106.89 | 0.00 | 4,106.89 |
| AXM50 | AXIOM RECORDS | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 0.00 | -255.61 | -255.61 |
| BAR60 | BAR/NONE RECORDS | | | | | | |
| Customer Totals | | 0.00 | 746.93 | 3,731.76 | 3,299.18 | 0.00 | 7,777.87 |
| BHR50 | BIG HELIUM RECORDS | | | | | | |
| Customer Totals | | 0.00 | 142.95 | 24,875.56 | 483.98 | 2,206.48 | 27,708.97 |
| BHT50 | BIG HEAD TODD & THE MONSTERS, INC | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 12.00 | 2,202.02 | 2,214.02 |
| BLH50 | BLUHAMMOCK MUSIC, LLC | | | | | | |
| Customer Totals | | 0.00 | 623.47 | 18,652.67 | 5,096.49 | 0.00 | 24,372.63 |
| BRK60 | BARAK ENTERTAINMENT INC. | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 24.00 | 144.00 | 168.00 |
| BSM50 | BELDEN STREET MUSIC COMPANY | | | | | | |
| Customer Totals | | 0.00 | 1,761.55 | 10,742.70 | 0.00 | 0.00 | 12,504.25 |
| CAR53 | CAROLINE RECORDS, INC. | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 0.00 | -35,213.00 | -35,213.00 |
| CAS50 | MARION'S SISTER'S GOSPEL C/O VICTORY RECORDS | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 0.00 | 1,027.20 | 1,027.20 |
| CAT60 | CASTLE TECHNOLOGY | | | | | | |
| Customer Totals | | 0.00 | 1,290.18 | 951.24 | 460.96 | 0.00 | 2,702.38 |
| CDL50 | CANDLELIGHT RECORDS | | | | | | |
| Customer Totals | | 0.00 | 2,568.43 | 24,788.47 | 10,097.72 | 232.90 | 37,687.52 |
| CDL52 | CANDLE LIGHT SPECIAL ACCOUNT | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 36.00 | 0.00 | 36.00 |
| CEN40 | CENTRAL SOUTH DISTRIBUTION | | | | | | |
| Customer Totals | | 0.00 | 9,450.74 | 32,868.61 | 86,502.33 | 60,588.97 | 189,410.65 |
| CEN60 | CENTRICITY RECORDS | | | | | | |
| Customer Totals | | 0.00 | 11,761.25 | 701.92 | 0.00 | 0.00 | 12,463.17 |
| CLE60 | CLEOPATRA RECORDS | | | | | | |
| Customer Totals | | 0.00 | 5,086.58 | 24,640.93 | 32,901.49 | 18,205.03 | 80,834.03 |
| CMG50 | COMPENDIA MUSIC GROUP | | | | | | |
| Customer Totals | | 0.00 | 10,198.29 | 21,107.14 | 66,904.06 | 67,402.02 | 165,611.51 |

**Music City Optical Media, Inc.**
Aged Receivables

All Customers All Currencies, As of 10/31/2008, Aged By Invoice Date, 1100-001
Displayed in Native, Current Exchange Rate
Entity:    MCOM

| InvoiceID | Date | Current - 30 | Over 30 | Over 60 | Over 90 | Over 120 | Total |
|---|---|---|---|---|---|---|---|
| CMG60 | SHELTERECORDS | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| COO50 | COOL SPRING SYMPHONY | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 0.00 | 200.23 | 200.23 |
| CPV50 | CHEQUE POINT VENTURES | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 0.00 | 180.25 | 180.25 |
| CRA40 | CRACKER BARREL OLD CTRY STORE | | | | | | |
| Customer Totals | | 0.00 | 6,140.87 | 11,341.40 | 0.00 | 0.00 | 17,482.27 |
| CRI60 | CUTTING RECORDS INC. | | | | | | |
| Customer Totals | | 0.00 | 27.00 | 0.00 | 0.00 | 0.00 | 27.00 |
| CRR50 | COLD RIVER RECORDS | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 12.00 | 2,183.10 | 2,195.10 |
| CRS50 | CROSSROADS MARKETING | | | | | | |
| Customer Totals | | 0.00 | 1,825.30 | 13,738.75 | 6,175.42 | 0.00 | 21,739.47 |
| CSP50 | CLEAR SOUND PRODUCTIONS | | | | | | |
| Customer Totals | | 0.00 | 1,887.75 | 4,301.82 | 1,285.80 | 8,619.76 | 16,095.13 |
| CST50 | CASTLE RECORDS | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 0.00 | 1,196.64 | 1,196.64 |
| CUA50 | CURB APPEAL RECORDS | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 48.00 | 13,729.97 | 13,777.97 |
| CYC50 | CYCLOP MEDIA | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 0.00 | 3,858.86 | 3,858.86 |
| DDS50 | DISC DUPLICATION SERVICES | | | | | | |
| Customer Totals | | 0.00 | 956.19 | 2,621.57 | 2,768.35 | 23,531.41 | 29,877.52 |
| DEC50 | DECONSTRUCTION COMPANY | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 36.00 | 288.00 | 324.00 |
| DIS50 | DISCOVERY HOUSE PUBLISHERS | | | | | | |
| Customer Totals | | 0.00 | 18,843.13 | 5,969.00 | 12.00 | 0.00 | 24,824.13 |
| EMT50 | EMTRO GOSPEL | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 24.00 | 39,527.47 | 39,551.47 |
| ENCOR | ENCORE CUSTOM RECORDS | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 243.58 | 482.00 | 0.00 | 725.58 |
| ENO50 | ENTHEOS RECORDS | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 0.00 | 11,983.56 | 11,983.56 |
| ENT50 | EDWARD DOUGLAS | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 569.07 | 0.00 | 0.00 | 569.07 |
| ent52 | EnterMarket | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 177.19 | 3,378.36 | 275.00 | 3,830.55 |
| EPI52 | EPITAPH RECORDS | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 13,922.04 | 1,524.00 | 7,210.38 | 22,656.42 |
| EUC50 | THE EUROPOP COMPANY | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 0.00 | -157.42 | -157.42 |
| FDL50 | FIDDLER RECORDS | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 0.00 | 48.00 | 48.00 |
| FLE50 | FLETCHER ENTERTAINMENT | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 0.00 | 1,490.53 | 1,490.53 |
| FLO50 | FLOW RECORDS | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 24.00 | 0.00 | 24.00 |
| GAR52 | GARDEN CITY MUSIC | | | | | | |
| Customer Totals | | 0.00 | 81.50 | 23,678.92 | 0.00 | 0.00 | 23,760.42 |
| GPP50 | GUITAR ODYSSEY | | | | | | |
| Customer Totals | | 0.00 | 10.41 | 2,784.57 | 0.00 | 0.00 | 2,794.98 |
| GRO52 | GROUND ZERO | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 60.00 | 144.00 | 204.00 |

**Music City Optical Media, Inc.**
Aged Receivables

All Customers All Currencies, As of 10/31/2008, Aged By Invoice Date, 1100-001
Displayed in Native, Current Exchange Rate
Entity:       MCOM

| InvoiceID | Date | Current - 30 | Over 30 | Over 60 | Over 90 | Over 120 | Total |
|---|---|---|---|---|---|---|---|
| **HAL50** | THE HALFORD COMPANY | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 15.75 | 0.00 | 0.00 | 15.75 |
| **HEG50** | HEARTLAND ENTERTAINMENT GROUP | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 0.00 | 4,916.22 | 4,916.22 |
| **HLR50** | HOPELESS RECORDS | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 6,494.49 | 0.00 | 0.00 | 6,494.49 |
| **HMG50** | HIGGINS MUSIC GROUP | | | | | | |
| Customer Totals | | 0.00 | 2,593.59 | 0.00 | 0.00 | 0.00 | 2,593.59 |
| **HOL55** | HOLMES/BRENT | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 0.00 | 446.00 | 446.00 |
| **HWM50** | HIGH WIRE MUSIC | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 8,348.75 | 13,841.82 | 13,684.35 | 35,874.92 |
| **HYB50** | HYBRID RECORDINGS | | | | | | |
| Customer Totals | | 0.00 | 538.42 | 3,443.09 | 1,823.20 | 15,904.14 | 21,708.85 |
| **IAP50** | I A PRODUCTIONS | | | | | | |
| Customer Totals | | 0.00 | 0.00 | -2,170.00 | 0.00 | 0.00 | -2,170.00 |
| **ICO50** | ICON MUSIC ENTERTAINMENT | | | | | | |
| Customer Totals | | 0.00 | 26.80 | 10,112.02 | 11,179.08 | 3,920.60 | 25,238.50 |
| **IDN50** | INNOVATIVE DISTRIBUTION NETWORK | | | | | | |
| Customer Totals | | 0.00 | 2,256.71 | 9,099.61 | 0.00 | 0.00 | 11,356.32 |
| **IMO50** | IMMORTAL ENTERTAINMENT | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 0.00 | 12,072.51 | 12,072.51 |
| **INT50** | INTERL'INC | | | | | | |
| Customer Totals | | 0.00 | 736.64 | 571.00 | 6.00 | 11,294.24 | 12,607.88 |
| **J1S50** | JUSTIN118 SOUND | | | | | | |
| Customer Totals | | 0.00 | 73.85 | 0.00 | 0.00 | 0.00 | 73.85 |
| **JAR50** | JARIC RECORDS | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 12.00 | 0.00 | 12.00 |
| **KALBN** | KMS MEDIA SERVICES | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 0.00 | 3,072.72 | 3,072.72 |
| **KHZ50** | KATIE HERZIG | | | | | | |
| Customer Totals | | 0.00 | 0.00 | -781.54 | 0.00 | 0.00 | -781.54 |
| **KRB10** | KRB MUSIC | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 2,766.00 | 0.00 | 2,766.00 |
| **LAT52** | LATIN MUSIC ENTERTAINMENT | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 0.00 | 2,440.00 | 2,440.00 |
| **LEG50** | LEGEND PRODUCTIONS INC. | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 1,485.21 | 2,000.77 | 12.00 | 3,497.98 |
| **LHI50** | LONGHAIR ILLUMINATI | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 24.00 | 4,438.57 | 4,462.57 |
| **LIF50** | LIFEWAY CHRISTIAN RESOURCES | | | | | | |
| Customer Totals | | 0.00 | 11,620.80 | 0.00 | 0.00 | 0.00 | 11,620.80 |
| **LJD50** | MORDAM RECORDS | | | | | | |
| Customer Totals | | 0.00 | 340.20 | 0.00 | 0.00 | 0.00 | 340.20 |
| **LOA50** | LOAD RECORDS | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 1,225.81 | 1,821.18 | 3,046.99 |
| **LOK52** | LOOKOUT RECORDS | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 36.00 | 144.00 | 180.00 |
| **LSE50** | LAKESHORE ENTERTAINMENT | | | | | | |
| Customer Totals | | 0.00 | 1,598.38 | 24,701.58 | 1,691.05 | -187.60 | 27,803.41 |
| **LWR50** | LIVEWIRE RECORDINGS | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 0.00 | 5,716.14 | 5,716.14 |
| **M2C50** | INO RECORDS | | | | | | |
| Customer Totals | | 0.00 | 4,339.44 | 3,071.11 | 0.00 | -660.06 | 6,750.49 |

**Music City Optical Media, Inc.**
Aged Receivables

All Customers All Currencies, As of 10/31/2008, Aged By Invoice Date, 1100-001
Displayed in Native, Current Exchange Rate
Entity:              MCOM

| InvoiceID | Date | Current - 30 | Over 30 | Over 60 | Over 90 | Over 120 | Total |
|---|---|---|---|---|---|---|---|
| **M2E50** | M2 ENTERTAINMENT, LLC | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 440.54 | 0.00 | 440.54 |
| **M3M50** | MURPHY 3 MINISTRIES INC | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 0.00 | -1,236.05 | -1,236.05 |
| **MAR45** | MARANATHA MUSIC | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 3,437.11 | 36.00 | 27,393.90 | 30,867.01 |
| **MCG50** | MAJESTIC COMMUNICATIONS GROUP | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 24.00 | 0.00 | 24.00 |
| **MET62** | METAL BLADE RECORDS | | | | | | |
| Customer Totals | | 0.00 | 3,975.08 | 20,961.25 | 62.77 | 0.00 | 24,999.10 |
| **MET70** | METRO ONE, INC. | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 24.00 | 48.00 | 72.00 |
| **MET80** | METRO ONE, INC. | | | | | | |
| Customer Totals | | 0.00 | 347.52 | 1,455.40 | 12.00 | 24.00 | 1,838.92 |
| **MGG50** | MAGERALD/MAGERALD RECORDS | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 0.00 | 465.91 | 465.91 |
| **MIM50** | MISSION MUSIC | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| **MME50** | MUSIC MILL ENTERTAINMENT | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 12.00 | 0.00 | 12.00 |
| **MOD60** | MODIBA PRODUCTIONS | | | | | | |
| Customer Totals | | 0.00 | 31.24 | 0.00 | 12.00 | 0.00 | 43.24 |
| **MOR40** | MORE MILES THAN MONEY RECORDS | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 0.00 | 944.49 | 944.49 |
| **MRG50** | MINISTRY RESOURCE GROUP | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 0.00 | 19,989.08 | 19,989.08 |
| **MRI60** | MEGAFORCE/MRI ASSOC REC | | | | | | |
| Customer Totals | | 67.23 | 15,686.81 | 73,830.60 | 58,441.49 | 3,497.30 | 151,523.43 |
| **MUS65** | MUSIC MISSIONS INTERNATIONAL | | | | | | |
| Customer Totals | | 0.00 | 1,415.68 | 0.00 | 0.00 | 0.00 | 1,415.68 |
| **MUS80** | MUSIC ROW CD DUPLICATION | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 1,241.12 | 403.43 | 0.00 | 1,644.55 |
| **NBM50** | NORTHERNBLUES MUSIC, INC. | | | | | | |
| Customer Totals | | 0.00 | 4,115.60 | 28,843.78 | 16,327.21 | 23,972.06 | 73,258.65 |
| **NEL60** | NELSON PUBLISHING/THOMAS | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 7,449.90 | 0.00 | 0.00 | 7,449.90 |
| **NTD50** | NATIONAL TAPE & DISC | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 0.00 | 23,323.58 | 23,323.58 |
| **NTV50** | NATIVE RECORDS INC. | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 0.00 | 385.21 | 385.21 |
| **NUG50** | NUGROOVE | | | | | | |
| Customer Totals | | 0.00 | 2,366.41 | 2,151.11 | 14,249.39 | 14,243.19 | 33,010.10 |
| **NVE50** | N'VISION ENTERTAINMENT | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 0.00 | 2,517.20 | 2,517.20 |
| **NWR50** | NEW WEST RECORDS | | | | | | |
| Customer Totals | | 0.00 | 680.21 | 74,227.74 | 93,111.61 | 0.00 | 168,019.56 |
| **OCR50** | ORGANIZED CRIME RECORDS | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 502.01 | 0.00 | 0.00 | 502.01 |
| **OMM50** | ORANGE MOUNTAIN MUSIC | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 3,387.05 | 11.00 | 3,398.05 |
| **ONT70** | GOVERNESS MUSIC, INC. | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 250.30 | 435.57 | 8,182.86 | 8,868.73 |
| **PAS50** | J & R ADVENTURES LLC | | | | | | |
| Customer Totals | | 0.00 | 1,225.05 | 16,445.80 | 24,794.06 | 327.77 | 42,792.68 |

**Music City Optical Media, Inc.**
Aged Receivables

All Customers All Currencies, As of 10/31/2008, Aged By Invoice Date, 1100-001
Displayed in Native, Current Exchange Rate
Entity:    MCOM

| InvoiceID | Date | Current - 30 | Over 30 | Over 60 | Over 90 | Over 120 | Total |
|---|---|---|---|---|---|---|---|
| **PAV50** | PAVILLION ENTERTAINMENT | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 0.00 | 978.26 | 978.26 |
| **PIN50** | PINNACLE ENTERTAINMENT GROUP | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 0.00 | 8,150.94 | 8,150.94 |
| **PMG50** | PSALMS MUSIC GROUP | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 0.00 | 113.44 | 113.44 |
| **PRI60** | PRISM MUSIC | | | | | | |
| Customer Totals | | 0.00 | 849.54 | 2,741.54 | 13,173.64 | 10,146.95 | 26,911.67 |
| **PSY50** | PSYCHOPATHIC RECORDS | | | | | | |
| Customer Totals | | 0.00 | 796.58 | 0.00 | 4,312.49 | 0.00 | 5,109.07 |
| **PWR50** | POWER PRODUCTIONS | | | | | | |
| Customer Totals | | 0.00 | -119.87 | -0.24 | 0.00 | 0.00 | -120.11 |
| **RAD32** | RADIANT RECORDS | | | | | | |
| Customer Totals | | 0.00 | 16,263.56 | 0.00 | 0.00 | 0.00 | 16,263.56 |
| **RAI50** | RAINMAN INC. | | | | | | |
| Customer Totals | | 0.00 | 62.25 | 0.00 | 0.00 | 0.00 | 62.25 |
| **RAS60** | RASA MUSIC | | | | | | |
| Customer Totals | | 0.00 | 264.00 | 0.00 | 0.00 | 149.86 | 413.86 |
| **REC60** | RECORD SALES | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 24.00 | 0.00 | 24.00 |
| **REN50** | RENDEZVOUS ENTERTAINMENT | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 48.00 | 498.35 | 546.35 |
| **RES30** | RESCUE RECORDS | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 91.05 | 0.00 | 91.05 |
| **RHR50** | RIKER HILL RECORDS | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 1,148.21 | 0.00 | 0.00 | 1,148.21 |
| **RRI50** | RUST RECORDS INC. | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 0.00 | 95,332.64 | 95,332.64 |
| **RRI60** | ROBBINS RESEARCH INTERNATIONAL | | | | | | |
| Customer Totals | | 0.00 | 42.40 | 0.00 | 2,790.10 | 0.00 | 2,832.50 |
| **SAD50** | SADDLE CREEK RECORDS | | | | | | |
| Customer Totals | | 0.00 | 33.44 | 0.00 | 0.00 | 0.00 | 33.44 |
| **SBE50** | SHABACH ENTERTAINMENT | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 0.00 | 2,565.86 | 2,565.86 |
| **SCC60** | SOUL CONCERTS | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 0.00 | 60,659.72 | 60,659.72 |
| **SCI50** | SCI FIDELITY | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 535.81 | 0.00 | 0.00 | 535.81 |
| **SEP50** | S & E PRODUCTIONS LLC | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 1,265.27 | 1,269.96 | 0.00 | 2,535.23 |
| **SFC50** | SAN FRAN CORP. | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 12.00 | 15,911.28 | 15,923.28 |
| **SIN52** | MUSIC FORCE MEDIA GROUP | | | | | | |
| Customer Totals | | 13.50 | 552.87 | 6,448.13 | 8,831.97 | 3,447.31 | 19,293.78 |
| **SIX50** | SIX DEGREES RECORDS | | | | | | |
| Customer Totals | | 0.00 | 2,621.66 | 14,194.62 | 6,629.86 | 31,698.51 | 55,144.65 |
| **SMF51** | SMITHSONIAN FOLKWAYS-DIST | | | | | | |
| Customer Totals | | 0.00 | 1,781.95 | 0.00 | 0.00 | 0.00 | 1,781.95 |
| **SMF52** | SMITHSONIAN FOLKWAYS | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 0.00 | 8,732.32 | 8,732.32 |
| **SPE50** | SPEROCK | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 0.00 | 12.00 | 12.00 |
| **SPJ50** | SPJ MUSIC | | | | | | |
| Customer Totals | | 0.00 | 1,432.63 | 295.50 | 6,312.90 | 0.00 | 8,041.03 |

**Music City Optical Media, Inc.**
Aged Receivables

All Customers All Currencies, As of 10/31/2008, Aged By Invoice Date, 1100-001
Displayed in Native, Current Exchange Rate
Entity:          MCOM

| InvoiceID | Date | Current - 30 | Over 30 | Over 60 | Over 90 | Over 120 | Total |
|---|---|---|---|---|---|---|---|
| **SPL50** | SIMPLY RED.COM LTD | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 12.00 | 24.00 | 36.00 |
| **STA50** | STARPLEX SYSTEMS | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 0.00 | 8.19 | 8.19 |
| **SUM60** | SUMERIAN RECORDS, LLC | | | | | | |
| Customer Totals | | 0.00 | 743.99 | 985.00 | 1,049.41 | 0.00 | 2,778.40 |
| **SUP70** | SUPER EGO RECORDS | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 0.00 | 36.00 | 36.00 |
| **SUT60** | SUMTHING DISTRIBUTION | | | | | | |
| Customer Totals | | 0.00 | 40.42 | 0.00 | 0.00 | 0.00 | 40.42 |
| **SWI50** | SWIFT MUSIC GROUP | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 4,294.31 | 3,326.40 | 365.26 | 7,985.97 |
| **SYN50** | SYNTAX RECORDS | | | | | | |
| Customer Totals | | 0.00 | 546.60 | 0.00 | 1,206.93 | 16,486.97 | 18,240.50 |
| **TAG60** | TAG ARTIST GROUP LLC | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 0.00 | 10,069.02 | 10,069.02 |
| **TAS60** | TASEIS DISTRIBUTION LLC | | | | | | |
| Customer Totals | | 0.00 | 2,320.58 | 25,200.74 | 9,099.46 | 29,984.36 | 66,605.14 |
| **TBE50** | TOMMY BOY ENTERTAINMENT | | | | | | |
| Customer Totals | | 0.00 | 107.28 | 2,522.28 | 10,804.85 | 24.06 | 13,458.47 |
| **TER70** | THIRSTY EAR RECORDING | | | | | | |
| Customer Totals | | 0.00 | 2,431.58 | 0.00 | 2,424.80 | 4,033.97 | 8,890.35 |
| **THI50** | THIRTY TIGERS | | | | | | |
| Customer Totals | | 0.00 | 33.75 | 0.00 | 0.00 | 0.00 | 33.75 |
| **THR60** | 3.1 PRODUCTIONS | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 0.00 | 17,480.87 | 17,480.87 |
| **TKO52** | TKO RECORDS | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 1,911.28 | 17,367.25 | 19,278.53 |
| **TNP50** | THE NEW PORNOGRAPHERS | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 0.00 | -1,147.20 | -1,147.20 |
| **TOF50** | 215 MUSIC AND MEDIA | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 60.00 | 23,219.96 | 23,279.96 |
| **TRK50** | THE ROCK | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 369.83 | 0.00 | 369.83 |
| **TSP50** | TROPISOUNDS CORPORATION | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 568.15 | 732.70 | 883.92 | 2,184.77 |
| **TST50** | THE SATURDAY TEAM | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 24.00 | 149.68 | 173.68 |
| **UFO50** | UFO | | | | | | |
| Customer Totals | | 0.00 | 316.78 | 0.00 | 0.00 | 0.00 | 316.78 |
| **UNI52** | UNITED MUSICIANS | | | | | | |
| Customer Totals | | 0.00 | 26.50 | 26.50 | 0.00 | 0.00 | 53.00 |
| **VAG50** | VAGRANT RECORDS | | | | | | |
| Customer Totals | | 0.00 | 2,877.18 | 25,027.23 | 23,488.77 | 29,854.72 | 81,247.90 |
| **VEL40** | VELOUR RECORDINGS | | | | | | |
| Customer Totals | | 0.00 | 30.68 | 277.76 | 79.50 | 0.00 | 387.94 |
| **VIC50** | VICTORY RECORDS, INC. | | | | | | |
| Customer Totals | | 0.00 | 32.79 | 12,973.25 | 48,820.86 | 26,976.39 | 88,803.29 |
| **VIN60** | VINEYARD MUSIC USA | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 295.65 | 0.00 | 0.00 | 295.65 |
| **VIS50** | VISION PUBLICATIONS | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 0.00 | 478.65 | 478.65 |
| **WAR50** | WHAT ARE RECORDS? LTD. | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 1,291.60 | 534.80 | 0.00 | 1,826.40 |

**Music City Optical Media, Inc.**
Aged Receivables

All Customers All Currencies, As of 10/31/2008, Aged By Invoice Date, 1100-001
Displayed in Native, Current Exchange Rate
Entity:          MCOM

| InvoiceID | Date | Current - 30 | Over 30 | Over 60 | Over 90 | Over 120 | Total |
|---|---|---|---|---|---|---|---|
| **WFL50** | WORLDS FAIR LABEL GROUP | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 222.15 | 238.72 | 33,491.89 | 33,952.76 |
| **WMN50** | WORLD MUSIC NETWORK LTD | | | | | | |
| Customer Totals | | 0.00 | 62.91 | 0.00 | 0.00 | 0.00 | 62.91 |
| **WOZ50** | WOOZYFLY | | | | | | |
| Customer Totals | | 0.00 | 0.00 | -127.80 | 0.00 | 0.00 | -127.80 |
| **WRO60** | WRONG RECORDS | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 60.00 | 13,566.74 | 13,626.74 |
| **WSS50** | WESTSIDE SOUND | | | | | | |
| Customer Totals | | 0.00 | 0.00 | 0.00 | 457.79 | 36.00 | 493.79 |
| **XPX50** | XPEDX | | | | | | |
| Customer Totals | | 1,220.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,220.00 |
| **Currency Totals** | | 1,300.73 | 158,397.95 | 645,985.35 | 623,847.14 | 914,667.62 | 2,344,198.79 |

In re   **Music City Optical Media, Inc.**            ,     Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Accounts Receivable Bank of America Lock Box MGLAW Escrow Account | | | | | |
| **The CIT Group/Business Credit Inc. 11 West 42nd St New York, NY 10036** | | | | | | | | |
| | | | Value $ 2,355,253.30 | | | | 2,200,000.00 | 0.00 |
| Account No. | | | Accounts Receivable Bank of America Lock Box MGLAW Escrow Account | | | | | |
| **Wells Fargo Bank, N.A. ORIX Capital Markets 1717 Main St Ste 900 Dallas, TX 75201** | | | | | | | | |
| | | | Value $ 2,355,253.30 | | | | 200,000.00 | 44,746.70 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

<u>  0  </u> continuation sheets attached

| | Subtotal (Total of this page) | 2,400,000.00 | 44,746.70 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 2,400,000.00 | 44,746.70 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

.

In re    **Music City Optical Media, Inc.**                  ,     Case No. _____

                                       Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                             __1__    continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re **Music City Optical Media, Inc.** , Case No. _____
                                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. **000096705** | | | | **2008** | | | | | | |
| **Metropolitan Trustee** **800 2nd Ave N Ste 2** **PO Box 196358** **Nashville, TN 37219-6358** | - | | | **Personalty Tax** | | | | 36,638.37 | 0.00 | 36,638.37 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 36,638.37 | 0.00 36,638.37 |
| Total (Report on Summary of Schedules) | 36,638.37 | 0.00 36,638.37 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Music City Optical Media, Inc.**          Case No. _____

                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Accident Fund Insurance Co of America** **Main Office** **232 S Capital Ave PO Box 40790** **Lansing, MI 48901-7990** | - | | | | | | 988.33 |
| Account No. | | | | | | | |
| **AGI Media** **1950 N Ruby St** **Melrose Park, IL 60160-1178** | | | | | | | 459.91 |
| Account No. | | | | | | | |
| **Aim Sceen Printing Supply** **PO Box 9645** **Naperville, IL 60567** | - | | | | | | 18,336.56 |
| Account No. | | | | | | | |
| **Air Products & Chemicals, Inc.** **7201 Hamilton Rd** **Allentown, PA 18195-1501** | - | | | | | | 699.30 |
| _23_ continuation sheets attached | | | | | Subtotal (Total of this page) | | 20,484.10 |

In re   **Music City Optical Media, Inc.** _____,   Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Airgas Mid America**<br>**1008 Whites Creek Pk**<br>**Nashville, TN 37207** | - | | | | | | 2,359.44 |
| Account No. | | | | | | | |
| **Alcatel Vacuum Products, Inc.**<br>**67 Sharp St**<br>**Hingham, MA 02043-4348** | - | | | | | | 1,700.00 |
| Account No. | | | | | | | |
| **American Marking, Inc.**<br>**2435 Vale Dr**<br>**Birmingham, AL 35244** | - | | | | | | 120.85 |
| Account No. | | | | | | | |
| **American Paper & Twine Company**<br>**7400 Cockrill Bend Blvd**<br>**PO Box 90348**<br>**Nashville, TN 37209** | - | | | | | | 1,480.34 |
| Account No. | | | | | | | |
| **Aramark Refreshment Services**<br>**1830 Airlane Dr Ste 3**<br>**Nashville, TN 37210** | - | | | | | | 1,028.32 |

Sheet no. __1__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,688.95

In re **Music City Optical Media, Inc.** ,                    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Aramark Uniform Services**<br>**6121 Cockrill Bend Blvd**<br>**Nashville, TN 37209** | - | | | | | | 1,014.09 |
| Account No. **200369715170**<br><br>**AT&T**<br>**PO Box 13134**<br>**Newark, NJ 07101-5634** | - | | | | | | 4,399.12 |
| Account No.<br><br>**AudioDev USA, Inc.**<br>**5126 Clareton Dr Ste 100**<br>**Agoura Hills, CA 91301** | - | | | | | | 2,600.00 |
| Account No.<br><br>**Automated Tape and Label Co.**<br>**7702 Kester Ave**<br>**Van Nuys, CA 91405** | - | | | | | | 15,282.89 |
| Account No.<br><br>**Baker Donelson Bearman Caldwell &**<br>**Berkow**<br>**Edward W. Ramage, Esq.**<br>**211 Commerce St Ste 1000**<br>**Nashville, TN 37201** | - | | Legal Services | | | | 88,801.21 |

Sheet no. __2__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          112,097.31

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re  **Music City Optical Media, Inc.**                                    ,        Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Bayer Material Science, LLC 100 Bayer Rd Pittsburgh, PA 15205-9741 | - | | | | | | 351,388.80 |
| Account No. | | | | | | | |
| Bertlekamp Automation, Inc. 6321 Baum Rd PO Box 11488 Knoxville, TN 37939-1488 | - | | | | | | 1,187.16 |
| Account No. | | | | | | | |
| Beyer Printing, Inc. 1855 Airlane Dr Nashville, TN 37210 | - | | | | | | 80,370.35 |
| Account No. | | | | | | | |
| BSI Best Security 755 N.W. 17th Ave Ste 101 Delray Beach, FL 33445 | - | | | | | | 1,144.98 |
| Account No. | | | | | | | |
| Bullard Machine, Inc. 414 Space Park N Goodlettsville, TN 37072 | - | | | | | | 775.50 |

Sheet no. __3__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          434,866.79

In re **Music City Optical Media, Inc.**               Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Capital Contractors, Inc. 88 Duryea Rd Melville, NY 11747 | - | | | | | | | 16,250.73 |
| Account No. | | | | | | | | |
| Carlton-Bates Company 1893 Elm Tree Dr Nashville, TN 37210 | - | | | | | | | 234.05 |
| Account No. | | | | | | | | |
| Carthuplas, Inc. 7 Shape Dr Kennebunk, ME 04043 | - | | | | | | | 140,022.35 |
| Account No. | | | | | | | | |
| CD Dimensions, Inc. 20 Research Pkwy Unit A Old Saybrook, CT 06475 | - | | | | | | | 192.00 |
| Account No. | | | | | | | | |
| Cinram Manufacturing, LLC Corp HQ 2255 Markham Rd Toronto Ontario Canada M1B 2W3 | - | | | | | | | 8,750.00 |

Sheet no. __4__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

165,449.13

In re **Music City Optical Media, Inc.** _____ ,  Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Competition Chemical, Inc. PO Box 820 715 Railroad St Iowa Falls, IA 50126-0820 | | - | | | | | 253.20 |
| Account No. | | | | | | | |
| Corporate Express 3287 Franklin Limestone Rd Ste 301 Antioch, TN 37013 | | - | | | | | 1,062.82 |
| Account No. | | | Notice Only | | | | |
| Crest Digital 3845 E Coronado St PO Box 68057 Anaheim, CA 92807 | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| Cromer Printing 1173 Rock Springs Rd Smyrna, TN 37167-8364 | | - | | | | | 175.10 |
| Account No. | | | | | | | |
| Crown Packaging 1418 Antioch Pk Ste 201 Antioch, TN 37013 | | - | | | | | 1,380.92 |

Sheet no. __5__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,872.04

In re **Music City Optical Media, Inc.** _____, Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Crystal Clean 2175 Point Blvd St 375 Elgin, IL 60123 | | - | | | | | | 1,536.80 |
| Account No. | | | | | | | | |
| D&G Enterprises 5543 Edmondson Pk Nashville, TN 37211 | | - | | | | | | 2,772.00 |
| Account No. | | | | | | | | |
| DaTARIUS Technologies, Inc. 26429 Rancho Pkwy S Ste 130 Lake Forest, CA 92630 | | - | | | | | | 374.09 |
| Account No. | | | | | | | | |
| Dempsey Vantrease & Follis PLLC 630 S Church St Murfreesboro, TN 37130 | | - | | | | | | 2,500.00 |
| Account No. | | | | | | | | |
| Digitec, LLC 3522 Central Pk Ste 211 Hermitage, TN 37076 | | - | | | | | | 793.32 |

Sheet no. __6__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,976.21

In re   **Music City Optical Media, Inc.**                ,      Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Dyna-Tech Adhesives**<br>**Route 310 N**<br>**PO Box 628**<br>**Grafton, WV 26354** | - | | | | | | 3,373.20 |
| Account No. | | | | | | | |
| **EFP, LLC**<br>**431 Allied Dr**<br>**Nashville, TN 37211** | - | | | | | | 967.00 |
| Account No. | | | | | | | |
| **Engineered Packaging Systems, Inc.**<br>**16141 Westwoods**<br>**Ballwin, MO 63021** | - | | | | | | 76,901.90 |
| Account No. | | | | | | | |
| **Entertainment Distribution Company**<br>**EDC, LLC**<br>**700 Battleground Rd**<br>**Grover, NC 28073-4100** | - | | | | | | 1,810.00 |
| Account No. | | | | | | | |
| **Eva-Tone, Inc.**<br>**4801 Ulmerton Rd**<br>**Clearwater, FL 33762** | - | | | | | | 797,645.54 |

Sheet no. __7__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                **880,697.64**
(Total of this page)

In re    **Music City Optical Media, Inc.**                                      ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Eye for Detail PO Box 291352 Nashville, TN 37229-1352 | - | | | | | | 1,306.00 |
| Account No. | | | | | | | |
| Federal Express Corporation FedEx Customer Relations 3875 Airways, Module H3, Dept 4634 Memphis, TN 38116 | - | | | | | | 70,882.34 |
| Account No. | | | | | | | |
| FedEx Custom Critical 1475 Boettler Rd Uniontown, OH 44685-9584 | - | | | | | | 348.69 |
| Account No. | | | | | | | |
| Fujifilm Sericol USA, inc. 1101 W Cambridge Dr Kansas City, KS 66103-1311 | - | | | | | | 37,738.72 |
| Account No. | | | | | | | |
| GIMA Advanced Technology, Inc. 38 N Lively Blvd Elk Grove Village, IL 60007-1317 | - | | | | | | 2,172.62 |

Sheet no. __8__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        112,448.37

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re **Music City Optical Media, Inc.** ,　　Case No. _____

　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Global Supply & Service Company 200 International Blvd La Vergne, TN 37086 | - | | | | | | | 4,755.55 |
| Account No. | | | | | | | | |
| Grainger 4300 Old Airways Blvd Southaven, MS 38671-1865 | - | | | | | | | 216.00 |
| Account No. | | | | | | | | |
| Heino Ilsemann Suhling Tech 800 Calcon Hook Rd Sharon Hill, PA 19079 | - | | | | | | | 759.00 |
| Account No. | | | | | | | | |
| Hendrix Property Maintenance 1126 N Main St Eagleville, TN 37060 | - | | | | | | | 1,494.00 |
| Account No. | | | | | | | | |
| Holden Group, LLC Dennis Holden 901 Lily Ln Columbia, TN 38401 | - | | | | | | | 57,052.34 |

Sheet no. __9__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　64,276.89

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　Best Case Bankruptcy

In re **Music City Optical Media, Inc.** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| Infor Global Solutions, Inc. 1000 Windward Concourse Pkwy Ste 100 Alpharetta, GA 30005 | - | | | | | | | | 7,398.68 |
| Account No. | | | | | Atradius Collections File No. 2034796 | | | | |
| Inventive Disc, LLC 3333 Brea Canyon Rd Ste 117 Diamond Bar, CA 91765 | - | | | | | | | | 479,520.00 |
| Account No. | | | | | | | | | |
| Ivy Hill Corporation 250 Park Ave S 8th Fl New York, NY 10003 | - | | | | | | | | 9,452.30 |
| Account No. | | | | | | | | | |
| John E. Moll c/o J. Steven Moll 1100 Crater Hill Dr Nashville, TN 37215 | - | | | | | | | | 4,284,750.00 |
| Account No. | | | | | | | | | |
| JVC Disc America Number 2 JVC Rd Tuscaloosa, AL 35405 | - | | | | | | | | 4,938.22 |

Sheet no. __10__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          4,786,059.20

In re  **Music City Optical Media, Inc.**                                                  ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Kay Griffin Enkema & Brothers** <br> **222 2nd Ave N Ste 340-M** <br> **Nashville, TN 37201** | - | | | | | | 6,940.00 |
| Account No. <br><br> **Koninklijke Philips Electronics N.V.** <br> **c/o Samuel C. Bass, Esq.** <br> **901 New York Ave NW** <br> **Washington, DC 20001-4413** | - | | Judgment for Unpaid Royalties | | X | X | 298,782.63 |
| Account No. **0000193582** <br><br> **Lab Safety Supply, Inc.** <br> **401 S Wright Rd** <br> **Janesville, WI 53547-5004** | - | | | | | | 73.20 |
| Account No. <br><br> **Label-It, Inc.** <br> **46 Steamwhistle Dr** <br> **Warminster, PA 18974** | - | | | | | | 3,467.19 |
| Account No. <br><br> **Lowe's Business Account** <br> **PO Box 530970** <br> **Atlanta, GA 30353-0970** | - | | | | | | 143.45 |

Sheet no. __11__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    309,406.47

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

In re __Music City Optical Media, Inc._____,    Case No. _____

                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Mack Pest Control, Inc. 4705 Gallatin Rd Nashville, TN 37216 | - | | | | | | 170.00 |
| Account No. | | | | | | | |
| Manpower International 1312 Memorial Blvd Ste B Murfreesboro, TN 37129 | - | | | | | | 4,689.60 |
| Account No. | | | | | | | |
| Marshall & Bruce Company PO Box 22940 689 Davidson St Nashville, TN 37202-2940 | - | | | | | | 18,253.88 |
| Account No. | | | | | | | |
| Materials Handling Services, LLC 2100 Gladstone Ave Nashville, TN 37211 | - | | | | | | 2,079.91 |
| Account No. | | | | | | | |
| McMaster-Carr Supply Company PO Box 4355 Chicago, IL 60680-7690 | - | | | | | | 539.52 |

Sheet no. __12__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    25,732.91

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re  **Music City Optical Media, Inc.** _____ ,  Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Mechanical Automated Control Systems** <br> **1838 Elm Hill Pk Ste 140** <br> **Nashville, TN 37210** | - | | | | | | 2,282.60 |
| Account No. | | | | | | | |
| **Metro Water Services** <br> **1700 3rd Ave N** <br> **Nashville, TN 37208** | - | | | | | | 273.58 |
| Account No. | | | | | | | |
| **Middle Tennessee Occ & Environ** <br> **936 Murfreesboro Rd** <br> **Lebanon, TN 37090** | - | | | | | | 97.90 |
| Account No. | | | | | | | |
| **Moll Children's Trust** <br> **c/o J. Steven Moll** <br> **1100 Crater Hill Dr** <br> **Nashville, TN 37215** | - | | | | | | 1,550.00 |
| Account No. | | | | | | | |
| **Motion Industries, Inc.** <br> **2614 Brick Church Pk** <br> **Nashville, TN 37207** | - | | | | | | 230.72 |

Sheet no. __13__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **4,434.80**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Music City Optical Media, Inc.**               ,    Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| MSC Industrial Supply Co<br>75 Maxess Rd<br>PO Box 9072<br>Melville, NY 11747-3151 | - | | | | | | 2,727.55 |
| Account No. | | | | | | | |
| Multi Packaging Solutions<br>Number 1 JVC Rd Ste 300<br>Tuscaloosa, AL 35405 | - | | | | | | 9,411.15 |
| Account No. | | | | | | | |
| Nashville Electric Service<br>1214 Church St<br>Nashville, TN 37246 | - | | | | | | 27,804.68 |
| Account No. | | | | | | | |
| NexPak<br>2444 Meadowbrook Pkwy<br>Duluth, GA 30096 | - | | | | | | 318,801.10 |
| Account No. | | | | | | | |
| Odorzone, LLC<br>2093 Thomas Rd Ste 16<br>Memphis, TN 38134-5634 | - | | | | | | 184.86 |

Sheet no. __14__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                           Subtotal
                  (Total of this page)      358,929.34

In re   **Music City Optical Media, Inc.**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| OMNI Equipment & Machinery 321 E Trinity Ln Nashville, TN 37207 | - | | | | | | | 466.44 |
| Account No. | | | | | | | | |
| OpTek 201 Oswalt Ave Batavia, IL 60510 | - | | | | | | | 1,690.00 |
| Account No. | | | | | | | | |
| Optical Experts Manufacturing 8500 S Tryon St Charlotte, NC 28273 | - | | | | | | | 30,414.12 |
| Account No. | | | | | | | | |
| Pallet Warehouse, Inc. 1500 2nd Ave S Nashville, TN 37210 | - | | | | | | | 2,087.60 |
| Account No. | | | | | | | | |
| Penn Mutual Life Insurance Co. PO Box 178 Philadelphia, PA 19105-0178 | - | | | | | | | 603,022.09 |

Sheet no. __15__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          637,680.25

In re **Music City Optical Media, Inc.** , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Pitman Company PO Box 402779 Atlanta, GA 30384-2779 | - | | | | | | 1,822.42 |
| Account No. | | | | | | | |
| Pomeroy Computer Resources 717 Airpark Center Dr Nashville, TN 37217 | - | | | | | | 361.49 |
| Account No. | | | | | | | |
| ProVac Sales, Inc. 2535 7th Ave Ste 4 Santa Cruz, CA 95062 | - | | | | | | 5,565.48 |
| Account No. | | | | | | | |
| Ross-Ellis USA, Inc. Attn: LEW 67 Irving Pl 9th Fl New York, NY 10003 | - | | | | | | 108,249.54 |
| Account No. | | | | | | | |
| RTG Films & Packaging System 120 New Britain Blvd Chalfont, PA 18914 | - | | | | | | 917.20 |

Sheet no. __16__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    116,916.13

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Music City Optical Media, Inc.** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Saati Print, Inc. 1871 McFarland Rd Alpharetta, GA 30005 | - | | | | | | | | 66,367.44 |
| Account No. | | | | | | | | | |
| Safety Kleen Systems, Inc. 5400 Legacy Dr Plano, TX 75024 | - | | | | | | | | 100.65 |
| Account No. | | | | | | | | | |
| Scandia Packaging Machinery Co. 15 Industrial Rd Fairfield, NJ 07004 | - | | | | | | | | 409.56 |
| Account No. | | | | | | | | | |
| Schneider Electric One High St North Andover, MA 01845-2699 | - | | | | | | | | 3,189.26 |
| Account No. | | | | | | | | | |
| Seal Science, Inc. 1160 Win Dr Bethlehem, PA 18017-7059 | - | | | | | | | | 1,296.95 |

Sheet no. __17__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    71,363.86

In re  **Music City Optical Media, Inc.**                                  ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Shanklin Corp 100 Westford Rd PO Box 447 Ayer, MA 01432 | - | | | | | | | 151.32 |
| Account No. | | | | | | | | |
| Shared Technologies, Inc. 1405 S Beltline Rd Coppell, TX 75019 | - | | | | | | | 3,128.92 |
| Account No. | | | | | | | | |
| Shorewood Packaging Corp Attn: Mark Miller 277 Park Ave New York, NY 10172-3000 | - | | | | | | | 335,465.94 |
| Account No. | | | | | | | | |
| Singulus Technologies, Inc. 429D Hayden Station Rd Windsor, CT 06095 | - | | | | | | | 360.80 |
| Account No. | | | | | | | | |
| Stephen Gould Corporation 1624 Westgate Cir Ste 150 Brentwood, TN 37027 | - | | | | | | | 550,715.73 |

Sheet no. __18__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**889,822.71**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

In re **Music City Optical Media, Inc.** _____, Case No. _____
　　　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Sun Chemical Corporation 4506-H LB McLeod Rd Orlando, FL 32811 | - | | | | | | | 814.38 |
| Account No. | | | | | | | | |
| Super Jewel Box USA, Inc. 1649 W Collins Ave Orange, CA 92867 | - | | | | | | | 3,377.60 |
| Account No. | | | | | | | | |
| Symcon, Inc. 1811 Sardis Rd N Ste 230 Charlotte, NC 28270 | - | | | | | | | 12,711.85 |
| Account No. | | | | | | | | |
| Targray Technology International, Inc. 195 Labrosse Ave Pointe-Claire Quebec Canada H9R 1A3 | - | | | | | | | 111,016.08 |
| Account No. | | | | | | | | |
| TDS Telecom PO Box 100 La Vergne, TN 37086 | - | | | | | | | 1,272.56 |

Sheet no. __19__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 　　129,192.47

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　　　　　Best Case Bankruptcy

In re   **Music City Optical Media, Inc.**                     ,      Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Tech Services, Inc.**<br>**609 Judd Rd**<br>**Camarillo, CA 93012** | - | | | | | | | 405.50 |
| Account No. | | | | | | | | |
| **Technicolor Home Entertainment Svcs**<br>**Attn: US Credit & Collections Dept**<br>**3233 E Mission Oaks Blvd**<br>**Camarillo, CA 93012** | - | | | | | | | 217,338.16 |
| Account No. | | | | | | | | |
| **Tennant Sales & Service Co.**<br>**701 N Lilac Dr**<br>**Minneapolis, MN 55422** | - | | | | | | | 242.02 |
| Account No. | | | | | | | | |
| **Tennessee Reagents**<br>**3217 Ambrose Ave**<br>**PO Box 70038**<br>**Nashville, TN 37207-0038** | - | | | | | | | 322.20 |
| Account No. | | | | | | | | |
| **The Bailey Company**<br>**501 Cowan St**<br>**PO Box 280565**<br>**Nashville, TN 37228** | - | | | | | | | 370.47 |

Sheet no. __20__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

             Subtotal<br>(Total of this page)      218,678.35

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re **Music City Optical Media, Inc.**               ,     Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **The Pallet Factory** **1200 Bryans St** **Old Hickory, TN 37138** | - | | | | | | | 2,094.00 |
| Account No. | | | | | | | | |
| **Turn 2 Solutions** **5028 Waldron Woods Dr** **Hermitage, TN 37076** | - | | | | | | | 29,952.00 |
| Account No. | | | | | | | | |
| **Tyler Mountain Water Co.** **308 Space Park S** **Nashville, TN 37211** | - | | | | | | | 268.06 |
| Account No. | | | | | | | | |
| **U-Line Shipping Supplies** **2200 S Lakeside Dr** **Waukegan, IL 60085** | - | | | | | | | 91.50 |
| Account No. | | | | | | | | |
| **U-Tech Media USA, LLC** **1105 Motague Ct** **Milpitas, CA 95035** | - | | | | | | | 126,467.83 |

Sheet no. __21__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                           Subtotal         | 158,873.39
(Total of this page)

In re **Music City Optical Media, Inc.** , Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **United Parcel Service** **UPS Corporate Headquarters** **55 Glenlake Pkwy NE** **Atlanta, GA 30328** | - | | | | | | 7,294.95 |
| Account No. | | | | | | | |
| **United Shipping Solutions** **USS Corporate Offices** **6985 Union Park Ctr Ste 565** **Midvale, UT 84047** | - | | | | | | 125,941.80 |
| Account No. | | | | | | | |
| **Univenture, Inc.** **13311 Industrial Pkwy** **Marysville, OH 43040-9589** | - | | | | | | 9,680.45 |
| Account No. | | | | | | | |
| **Verizon Wireless** **Bankruptcy Administration** **PO Box 3397** **Bloomington, IL 61702** | - | | | | | | 270.15 |
| Account No. | | | | | | | |
| **Volunteer Hose & Gasket, Inc.** **80 Polk Ave** **PO Box 101505** **Nashville, TN 37224** | - | | | | | | 161.35 |

Sheet no. __22__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   143,348.70

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Music City Optical Media, Inc.**                                    ,     Case No. _____
                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**VWR International**<br>**Global Export Services**<br>**3850 N Wilke Rd Ste 300**<br>**Arlington Heights, IL 60004** | - | | | | | | 546.78 |
| Account No.<br><br>**Walker Brothers Machinery Moving, Inc.**<br>**3839 E. Coronado St**<br>**Anaheim, CA 92807** | - | | | | | | 2,475.00 |
| Account No.<br><br>**Wells Fargo Equipment Finance**<br>**530 5th Ave**<br>**New York, NY 10036** | - | | | | | | 374.50 |
| Account No.<br><br>**White Tiger Graphics, Inc.**<br>**1505 The Boardwalk**<br>**Huntsville, AL 35816** | - | | | | | | 18,498.45 |
| Account No. | | | | | | | |

Sheet no. __23__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal<br>(Total of this page) | 21,894.73 |
|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 9,680,190.74 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Music City Optical Media, Inc.**      Case No. _____
                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Firestone Parkway Partners LP**<br>**341 Hill Ave**<br>**Nashville, TN 37210** | **Commercial Building Lease**<br>**Terminated 09.04.08** |
| **unknown** | **Equipment Lease - Postage Machine** |
| **unknown** | **Equipment Lease - Nitrogen Gas Machine** |
| **Wells Fargo Financial Leasing**<br>**PO Box 6434**<br>**Carol Stream, IL 60197-6434** | **Equipment Lease - Copier** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Music City Optical Media, Inc.**            ,     Case No. _____

                                     Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **John E. Moll** | **The CIT Group/Business Credit Inc.**<br>**11 West 42nd St**<br>**New York, NY 10036** |

**0**   _____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                           Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Tennessee

In re **Music City Optical Media, Inc.**

Debtor(s)

Case No. _____

Chapter **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President/CEO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __35__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **December 18, 2008**

Signature **/s/ J. Steven Moll**
**J. Steven Moll**
**President/CEO**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Tennessee

In re    **Music City Optical Media, Inc.**                            Case No.
                                            Debtor(s)         Chapter     **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$10,113,347.00** | **Gross Sales - 2008 (10.31.08)** |
| **$19,684,834.00** | **Gross Sales - 2007** |
| **$22,292,717.00** | **Gross Sales - 2006** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  AMOUNT  |  SOURCE  |
|---|---|

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **John E. Moll**<br><br>**Owner** | **See attached Exhibit SOFA 3C** | **$112,500.00** | **$0.00** |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **The Holden Group LLC vs. Music City Optical Media, Inc.**<br>**Case No. 08-1802-I** | | **Chancery Court for Davidson County**<br>**Nashville TN** | |
| **Music City Optical Media, Inc. vs. Soulconcerts.com.LLC and Darryl R. Payne**<br>**No. 08-511-III** | | **Chancery Court for Davidson County**<br>**Nashville TN** | **Default Judgment** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Ross-Ellis U.S.A., Inc. vs. Music City Optical Media, Inc. Case No. 08-2172-III** | **Verified Complaint (for Breach of Contract and Unjust Enrichment)** | **Chancery Court for Davidson County Nashville TN** | |
| **Firestone Parkway Partners, L.P. vs. Music City Optical Media, Inc. Case No. 08gt8386** | | **General Sessions for Davidson County Nashville TN** | |
| **Koninklijke Philips Electronics N.V. and U.S. Philips Corporation v. The ADS Group, et al. 08-CV-4068 (CS)** | | **U.S. District Court Southern District New York** | |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **MGLAW, PLLC** **2525 West End Ave** **Suite 1475** **Nashville, TN 37203** | **09.02.08** | **$56,039.00 - Retainer** |

**10. Other transfers**

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **Various** | **October 2008** | **Auction of all assets except accounts receivable $383,570.00 gross sales** |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **First Tennessee Bank** | **175590745** | |
| **First Tennessee Bank** | **177066457** | |
| **First Tennessee Bank** | **177066464** | |
| **Bank of America** | | |
| **Mid South Bank** | **10065931** | |

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None
■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None
■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| **Dempsey Vantrease & Follis PLLC**<br>**Brownie Vantrease**<br>**630 S Church St**<br>**Murfreesboro, TN 37130** | |

None
☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |
| **Dempsey Vantrease & Follis PLLC** | | |

None
☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |
| **Dempsey Vantrease & Follis PLLC** | |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS            DATE ISSUED

**The CIT Group/Business Credit Inc.**
**11 West 42nd St**
**New York, NY 10036**

**Wells Fargo Bank, N.A.**
**ORIX Capital Markets**
**1717 Main St Ste 900**
**Dallas, TX 75201**

**Evatone, Inc.**

**AmeriDisc, Inc.**

**20. Inventories**

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY      INVENTORY SUPERVISOR      DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)
**Monthly Inventories**      **J. Steven Moll**      **Information is contained in Debtor's books and records**

None ☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY      NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS
**Monthly Inventories**      **J. Steven Moll**
**LaVergne Mini Storage**
**475 Old Nashville Hwy**
**La Vergne, TN 37086**

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS      NATURE OF INTEREST      PERCENTAGE OF INTEREST

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS      TITLE      NATURE AND PERCENTAGE OF STOCK OWNERSHIP
**John E. Moll**      **Owner**      **100% stock ownership**

**J. Steven Moll**      **President/CEO**

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME      ADDRESS      DATE OF WITHDRAWAL

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **John E. Moll** | **Loan Repayment** | **See Exhibit SOFA 3C** |
| **Owner** | | |

### 24. Tax Consolidation Group.

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None ■ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **December 18, 2008**          Signature  **/s/ J. Steven Moll**

**J. Steven Moll**
**President/CEO**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Middle District of Tennessee

In re    **Music City Optical Media, Inc.**         Case No. _____

                     Debtor(s)       Chapter    **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept........................................................... $ _____**5,000.00**

    Prior to the filing of this statement I have received................................................ $ _____**5,000.00**

    Balance Due.............................................................................................................. $ _____**0.00**

2.   The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **December 18, 2008** _____       **/s/ ROBIN BICKET WHITE** _____

                                             **ROBIN BICKET WHITE**
                                             **MGLAW, PLLC**
                                             **2525 WEST END AVENUE**
                                             **SUITE 1475**
                                             **NASHVILLE, TN 37203**
                                             **615.846.8000   Fax: 615.846.9000**

# United States Bankruptcy Court
## Middle District of Tennessee

In re __Music City Optical Media, Inc.__          Case No. _____

                                            Debtor(s)     Chapter    __7__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the President/CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __December 18, 2008__         __/s/ J. Steven Moll__ _____

                                             __J. Steven Moll__/President/CEO
                                             Signer/Title

MUSIC CITY OPTICAL MEDIA, INC.
C/O J. STEVEN MOLL
1100 CRATER HILL DR
NASHVILLE TN 37215

ROBIN BICKET WHITE
MGLAW, PLLC
2525 WEST END AVENUE
SUITE 1475
NASHVILLE, TN 37203

ACCIDENT FUND INSURANCE CO OF AMERICA
MAIN OFFICE
232 S CAPITAL AVE PO BOX 40790
LANSING MI 48901-7990

AGI MEDIA
1950 N RUBY ST
MELROSE PARK IL 60160-1178

AIM SCEEN PRINTING SUPPLY
PO BOX 9645
NAPERVILLE IL 60567

AIR PRODUCTS & CHEMICALS, INC.
7201 HAMILTON RD
ALLENTOWN PA 18195-1501

AIRGAS MID AMERICA
1008 WHITES CREEK PK
NASHVILLE TN 37207

ALCATEL VACUUM PRODUCTS, INC.
67 SHARP ST
HINGHAM MA 02043-4348

AMERICAN MARKING, INC.
2435 VALE DR
BIRMINGHAM AL 35244

AMERICAN PAPER & TWINE COMPANY
7400 COCKRILL BEND BLVD
PO BOX 90348
NASHVILLE TN 37209

ARAMARK REFRESHMENT SERVICES
1830 AIRLANE DR STE 3
NASHVILLE TN 37210

ARAMARK UNIFORM SERVICES
6121 COCKRILL BEND BLVD
NASHVILLE TN 37209

AT&T
PO BOX 13134
NEWARK NJ 07101-5634

AT&T
PO BOX 79112
PHOENIX AZ 85032-9112

ATRADIUS COLLECTIONS
1200 ARLINGTON HEIGHTS RD STE 410
ITASCA IL 60143

AUDIODEV USA, INC.
5126 CLARETON DR STE 100
AGOURA HILLS CA 91301

AUTOMATED TAPE AND LABEL CO.
7702 KESTER AVE
VAN NUYS CA 91405

BAKER DONELSON BEARMAN CALDWELL & BERKOW
EDWARD W. RAMAGE, ESQ.
211 COMMERCE ST STE 1000
NASHVILLE TN 37201

BAYER MATERIAL SCIENCE, LLC
100 BAYER RD
PITTSBURGH PA 15205-9741

BERTLEKAMP AUTOMATION, INC.
6321 BAUM RD
PO BOX 11488
KNOXVILLE TN 37939-1488

BEYER PRINTING, INC.
1855 AIRLANE DR
NASHVILLE TN 37210

BSI
BEST SECURITY
755 N.W. 17TH AVE STE 101
DELRAY BEACH FL 33445

BULLARD MACHINE, INC.
414 SPACE PARK N
GOODLETTSVILLE TN 37072

CAPITAL CONTRACTORS, INC.
88 DURYEA RD
MELVILLE NY 11747

CARLTON-BATES COMPANY
1893 ELM TREE DR
NASHVILLE TN 37210

CARTHUPLAS, INC.
7 SHAPE DR
KENNEBUNK ME 04043

CD DIMENSIONS, INC.
20 RESEARCH PKWY UNIT A
OLD SAYBROOK CT 06475

CHRISTOPHER HOUPT, ESQ.
1675 BROADWAY
NEW YORK NY 10019

CINRAM MANUFACTURING, LLC
400 NEW SANFORD RD
LA VERGNE TN 37086

CINRAM MANUFACTURING, LLC CORP HQ
2255 MARKHAM RD
TORONTO ONTARIO CANADA M1B 2W3

COMPETITION CHEMICAL, INC.
PO BOX 820
715 RAILROAD ST
IOWA FALLS IA 50126-0820

CORPORATE EXPRESS
3287 FRANKLIN LIMESTONE RD STE 301
ANTIOCH TN 37013

CREST DIGITAL
3845 E CORONADO ST
PO BOX 68057
ANAHEIM CA 92807

CREST DIGITAL
C/O MARC A. LEGGET, ESQ.
1801 CENTURY PARK E STE 2250
LOS ANGELES CA 90067

CROMER PRINTING
1173 ROCK SPRINGS RD
SMYRNA TN 37167-8364

CROWN PACKAGING
1418 ANTIOCH PK STE 201
ANTIOCH TN 37013

CRYSTAL CLEAN
2175 POINT BLVD ST 375
ELGIN IL 60123

D&G ENTERPRISES
5543 EDMONDSON PK
NASHVILLE TN 37211

DATARIUS TECHNOLOGIES, INC.
26429 RANCHO PKWY S STE 130
LAKE FOREST CA 92630

DEMPSEY VANTREASE & FOLLIS PLLC
630 S CHURCH ST
MURFREESBORO TN 37130

DIGITEC, LLC
3522 CENTRAL PK STE 211
HERMITAGE TN 37076

DYNA-TECH ADHESIVES
ROUTE 310 N
PO BOX 628
GRAFTON WV 26354

EDWARD D. JOHNSON, ESQ.
TWO PALO ALTO SQ STE 300
3000 EL CAMINO REAL
PALO ALTO CA 94306-2112

EFP, LLC
431 ALLIED DR
NASHVILLE TN 37211

ENGINEERED PACKAGING SYSTEMS, INC.
16141 WESTWOODS
BALLWIN MO 63021

ENTERTAINMENT DISTRIBUTION COMPANY
EDC, LLC
700 BATTLEGROUND RD
GROVER NC 28073-4100

ENTERTAINMENT DISTRIBUTION COMPANY
EDC, LLC HEADQUARTERS
1755 BROADWAY 4TH FL
NEW YORK NY 10019

EULER HERMES ACI COLLECTION SVCS
800 RED BROOK BLVD
OWINGS MILLS MD 21117

EVA-TONE, INC.
4801 ULMERTON RD
CLEARWATER FL 33762

EYE FOR DETAIL
PO BOX 291352
NASHVILLE TN 37229-1352

FEDERAL EXPRESS CORPORATION
FEDEX CUSTOMER RELATIONS
3875 AIRWAYS, MODULE H3, DEPT 4634
MEMPHIS TN 38116

FEDEX CUSTOM CRITICAL
1475 BOETTLER RD
UNIONTOWN OH 44685-9584

FIRESTONE PARKWAY PARTNERS LP
341 HILL AVE
NASHVILLE TN 37210

FUJIFILM SERICOL USA, INC.
1101 W CAMBRIDGE DR
KANSAS CITY KS 66103-1311

GIMA ADVANCED TECHNOLOGY, INC.
38 N LIVELY BLVD
ELK GROVE VILLAGE IL 60007-1317

GLOBAL SUPPLY & SERVICE COMPANY
200 INTERNATIONAL BLVD
LA VERGNE TN 37086

GRAINGER
4300 OLD AIRWAYS BLVD
SOUTHAVEN MS 38671-1865

HEINO ILSEMANN SUHLING TECH
800 CALCON HOOK RD
SHARON HILL PA 19079

HENDRIX PROPERTY MAINTENANCE
1126 N MAIN ST
EAGLEVILLE TN 37060

HOLDEN GROUP, LLC
DENNIS HOLDEN
901 LILY LN
COLUMBIA TN 38401

INFOR GLOBAL SOLUTIONS, INC.
1000 WINDWARD CONCOURSE PKWY
STE 100
ALPHARETTA GA 30005

INVENTIVE DISC, LLC
3333 BREA CANYON RD STE 117
DIAMOND BAR CA 91765

IVY HILL CORPORATION
250 PARK AVE S 8TH FL
NEW YORK NY 10003

IVY HILL CORPORATION
2255 MARKHAM RD
TORONTO, ONTARIO M1B2W3

J.P. BARFIELD, ESQ.
CAVALIER BLDG STE 508
95 WHITE BRIDGE RD
NASHVILLE TN 37205

JACOB A. MANHEIMER, ESQ.
ONE MONUMENT SQ
PORTLAND ME 04101

JOHN E. MOLL
C/O J. STEVEN MOLL
1100 CRATER HILL DR
NASHVILLE TN 37215

JOHN E. MOLL

JVC DISC AMERICA
NUMBER 2 JVC RD
TUSCALOOSA AL 35405

KAY GRIFFIN ENKEMA & BROTHERS
222 2ND AVE N STE 340-M
NASHVILLE TN 37201

KONINKLIJKE PHILIPS ELECTRONICS N.V.
C/O SAMUEL C. BASS, ESQ.
901 NEW YORK AVE NW
WASHINGTON DC 20001-4413

LAB SAFETY SUPPLY, INC.
401 S WRIGHT RD
JANESVILLE WI 53547-5004

LABEL-IT, INC.
46 STEAMWHISTLE DR
WARMINSTER PA 18974

LOWE'S BUSINESS ACCOUNT
PO BOX 530970
ATLANTA GA 30353-0970

MACK PEST CONTROL, INC.
4705 GALLATIN RD
NASHVILLE TN 37216

MANPOWER INTERNATIONAL
1312 MEMORIAL BLVD STE B
MURFREESBORO TN 37129

MARSHALL & BRUCE COMPANY
PO BOX 22940
689 DAVIDSON ST
NASHVILLE TN 37202-2940

MATERIALS HANDLING SERVICES, LLC
2100 GLADSTONE AVE
NASHVILLE TN 37211

MATERIALS HANDLING SERVICES, LLC
PO BOX 40303
NASHVILLE TN 37204

MAX SMITH, ESQ.
PO BOX 340025
NASHVILLE TN 37203

MCMASTER-CARR SUPPLY COMPANY
PO BOX 4355
CHICAGO IL 60680-7690

MCMASTER-CARR SUPPLY COMPANY
600 N COUNTY LINE RD
ELMHURST IL 60126-2081

MECHANICAL AUTOMATED CONTROL SYSTEMS
1838 ELM HILL PK STE 140
NASHVILLE TN 37210

METRO WATER SERVICES
1700 3RD AVE N
NASHVILLE TN 37208

METROPOLITAN TRUSTEE
800 2ND AVE N STE 2
PO BOX 196358
NASHVILLE TN 37219-6358

MICHAEL DOLAN, ESQ.
PAULUS & DOLAN PLLC
4400 HARDING RD STE 101
NASHVILLE TN 37205

MIDDLE TENNESSEE OCC & ENVIRON
936 MURFREESBORO RD
LEBANON TN 37090

MOLL CHILDREN'S TRUST
C/O J. STEVEN MOLL
1100 CRATER HILL DR
NASHVILLE TN 37215

MOTION INDUSTRIES, INC.
2614 BRICK CHURCH PK
NASHVILLE TN 37207

MSC INDUSTRIAL SUPPLY CO
75 MAXESS RD
PO BOX 9072
MELVILLE NY 11747-3151

MULTI PACKAGING SOLUTIONS
NUMBER 1 JVC RD STE 300
TUSCALOOSA AL 35405

NASHVILLE ELECTRIC SERVICE
1214 CHURCH ST
NASHVILLE TN 37246

NEXPAK
2444 MEADOWBROOK PKWY
DULUTH GA 30096

ODORZONE, LLC
2093 THOMAS RD STE 16
MEMPHIS TN 38134-5634

ODORZONE, LLC
PO BOX 11779
MEMPHIS TN 38111

OMNI EQUIPMENT & MACHINERY
321 E TRINITY LN
NASHVILLE TN 37207

OPTEK
201 OSWALT AVE
BATAVIA IL 60510

OPTICAL EXPERTS MANUFACTURING
8500 S TRYON ST
CHARLOTTE NC 28273

PALLET WAREHOUSE, INC.
1500 2ND AVE S
NASHVILLE TN 37210

PENN MUTUAL LIFE INSURANCE CO.
PO BOX 178
PHILADELPHIA PA 19105-0178

PITMAN COMPANY
PO BOX 402779
ATLANTA GA 30384-2779

PITMAN COMPANY
4005 ROYAL DR STE 100
KENNESAW GA 30144

POMEROY COMPUTER RESOURCES
717 AIRPARK CENTER DR
NASHVILLE TN 37217

PROVAC SALES, INC.
2535 7TH AVE STE 4
SANTA CRUZ CA 95062

RICHARD G. SANDERS, ESQ.
511 UNION ST STE 2700
NASHVILLE TN 37219

RODNEY M. SMITH, ESQ.
12 PUBLIC SQ
MURFREESBORO TN 37130

ROSS-ELLIS USA, INC.
ATTN: LEW
67 IRVING PL 9TH FL
NEW YORK NY 10003

RTG FILMS & PACKAGING SYSTEM
120 NEW BRITAIN BLVD
CHALFONT PA 18914

SAATI PRINT, INC.
1871 MCFARLAND RD
ALPHARETTA GA 30005

SAATI PRINT, INC.
247 ROUTE 100
SOMERS NY 10589

SAFETY KLEEN SYSTEMS, INC.
5400 LEGACY DR
PLANO TX 75024

SCANDIA PACKAGING MACHINERY CO.
15 INDUSTRIAL RD
FAIRFIELD NJ 07004

SCHNEIDER ELECTRIC
ONE HIGH ST
NORTH ANDOVER MA 01845-2699

SEAL SCIENCE, INC.
1160 WIN DR
BETHLEHEM PA 18017-7059

SHANKLIN CORP
100 WESTFORD RD
PO BOX 447
AYER MA 01432

SHARED TECHNOLOGIES, INC.
1405 S BELTLINE RD
COPPELL TX 75019

SHOREWOOD PACKAGING CORP
ATTN: MARK MILLER
277 PARK AVE
NEW YORK NY 10172-3000

SINGULUS TECHNOLOGIES, INC.
429D HAYDEN STATION RD
WINDSOR CT 06095

STEPHEN GOULD CORPORATION
1624 WESTGATE CIR STE 150
BRENTWOOD TN 37027

SUN CHEMICAL CORPORATION
4506-H LB MCLEOD RD
ORLANDO FL 32811

SUPER JEWEL BOX USA, INC.
1649 W COLLINS AVE
ORANGE CA 92867

SYMCON, INC.
1811 SARDIS RD N STE 230
CHARLOTTE NC 28270

TARGRAY TECHNOLOGY INTERNATIONAL, INC.
195 LABROSSE AVE
POINTE-CLAIRE QUEBEC CANADA H9R 1A3

TDS TELECOM
PO BOX 100
LA VERGNE TN 37086

TECH SERVICES, INC.
609 JUDD RD
CAMARILLO CA 93012

TECHNICOLOR HOME ENTERTAINMENT SVCS
ATTN: US CREDIT & COLLECTIONS DEPT
3233 E MISSION OAKS BLVD
CAMARILLO CA 93012

TENNANT SALES & SERVICE CO.
701 N LILAC DR
MINNEAPOLIS MN 55422

TENNESSEE REAGENTS
3217 AMBROSE AVE
PO BOX 70038
NASHVILLE TN 37207-0038

THE BAILEY COMPANY
501 COWAN ST
PO BOX 280565
NASHVILLE TN 37228

THE CIT GROUP/BUSINESS CREDIT INC.
11 WEST 42ND ST
NEW YORK NY 10036

THE PALLET FACTORY
1200 BRYANS ST
OLD HICKORY TN 37138

THE PALLET FACTORY
CORPORATE OFFICE
3740 ARNOLD RD
MEMPHIS TN 38118

TURN 2 SOLUTIONS
5028 WALDRON WOODS DR
HERMITAGE TN 37076

TYLER MOUNTAIN WATER CO.
308 SPACE PARK S
NASHVILLE TN 37211

U-LINE SHIPPING SUPPLIES
2200 S LAKESIDE DR
WAUKEGAN IL 60085

U-TECH MEDIA USA, LLC
1105 MOTAGUE CT
MILPITAS CA 95035

UNITED PARCEL SERVICE
UPS CORPORATE HEADQUARTERS
55 GLENLAKE PKWY NE
ATLANTA GA 30328

UNITED SHIPPING SOLUTIONS
USS CORPORATE OFFICES
6985 UNION PARK CTR STE 565
MIDVALE UT 84047

UNIVENTURE, INC.
13311 INDUSTRIAL PKWY
MARYSVILLE OH 43040-9589

UNKNOWN


UNKNOWN

VERIZON WIRELESS
BANKRUPTCY ADMINISTRATION
PO BOX 3397
BLOOMINGTON IL 61702

VOLUNTEER HOSE & GASKET, INC.
80 POLK AVE
PO BOX 101505
NASHVILLE TN 37224

VWR INTERNATIONAL
GLOBAL EXPORT SERVICES
3850 N WILKE RD STE 300
ARLINGTON HEIGHTS IL 60004

VWR INTERNATIONAL
1310 GOSHEN PKWY
WEST CHESTER PA 19380

WALKER BROTHERS MACHINERY MOVING, INC.
3839 E. CORONADO ST
ANAHEIM CA 92807

WELLS FARGO BANK, N.A.
ORIX CAPITAL MARKETS
1717 MAIN ST STE 900
DALLAS TX 75201

WELLS FARGO EQUIPMENT FINANCE
530 5TH AVE
NEW YORK NY 10036

WELLS FARGO FINANCIAL LEASING
PO BOX 6434
CAROL STREAM IL 60197-6434

WHITE TIGER GRAPHICS, INC.
1505 THE BOARDWALK
HUNTSVILLE AL 35816

# United States Bankruptcy Court
## Middle District of Tennessee

In re    **Music City Optical Media, Inc.**

Debtor(s)

Case No. _____

Chapter   **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Music City Optical Media, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 18, 2008**

Date

**/s/ ROBIN BICKET WHITE**

**ROBIN BICKET WHITE**

Signature of Attorney or Litigant
Counsel for   **Music City Optical Media, Inc.**

**MGLAW, PLLC**
**2525 WEST END AVENUE**
**SUITE 1475**
**NASHVILLE, TN 37203**
**615.846.8000 Fax:615.846.9000**